# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hyman, Paul G. | 2. Court or Organization<br><br>U S Bankruptcy Court, SD FL | 3. Date of Report<br><br>03/05/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust 1 |
| 2. | 1987 Trustee | Trust 2 |
| 3. | 2010 Trustee | ▨ Trust |
| 4. | 2012 Trustee | Trust #3 |
| 5. | 2012 Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Associate at Searcy Denney et al-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/25/2017 t0 01/26/2017 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 2. | Bankruptcy Bar Ass. | 03/11/2017 t0 03/14/2017 | Bonito Springs, FL | CLE | Transportation, meals, parking and lodging |
| 3. | FL Bar | 06/021/2017 to 06/22/2017 | Boca Rotan, FL | Committee meeting | Transportation, meals, parking and lodging |
| 4. | FL Bar | 11/02/2017 t0 11/03/2017 | Miami, FL | CLE | Transportation, meals, parking and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amazon Com Inc | A | Dividend | | | Sold | 07/31/17 | L | E | |
| 2. America First | A | Dividend | L | T | | | | | |
| 3. Apple Inc | A | Dividend | K | T | | | | | |
| 4. Bank America | A | Dividend | | | Sold | 01/24/17 | K | B | |
| 5. Bank of China | B | Interest | M | T | Buy | 06/21/17 | M | | |
| 6. Bank of West San Francisco | B | Interest | M | T | Buy | 06/21/17 | M | | |
| 7. Bluerock Res Com | B | Dividend | | | Buy | 01/11/17 | K | | |
| 8. | | | | | Sold | 08/04/17 | L | C | |
| 9. Capital Partners | B | Dividend | K | T | Buy (add'l) | 01/12/17 | K | | |
| 10. Cree Inc | A | Dividend | | | Buy | 02/28/17 | K | | |
| 11. | | | | | Sold | 10/20/17 | K | D | |
| 12. Cisco Sys, Inc | A | Dividend | | | Sold | 08/04/17 | K | D | |
| 13. Comscore Inc | A | Dividend | | | Sold | 02/06/17 | J | | |
| 14. Costco Corp | A | Dividend | | | Sold | 08/29/17 | L | D | |
| 15. CVS | A | Dividend | K | T | Buy | 01/09/17 | K | | |
| 16. | | | | | Sold (part) | 08/29/17 | J | | |
| 17. Diebold Inc | A | Dividend | | | Sold | 03/21/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Emerson Elect Co | A | Dividend | K | T | Sold (part) | 08/29/17 | K | B | |
| 19. First Eagle Global | B | Dividend | K | T | Buy | 06/29/17 | K | | |
| 20. Growth Fund America | A | Distribution | M | T | Buy (add'l) | 04/06/17 | K | | |
| 21. Intel Corp | A | Dividend | K | T | Sold (part) | 08/29/17 | K | A | |
| 22. Macquarie Infrastructure Corp | A | Dividend | M | T | | | | | |
| 23. Mobile Eye NV | A | Dividend | | | Sold | 03/02/17 | K | | |
| 24. Mosaic | A | Dividend | | | Sold | 02/23/17 | K | | |
| 25. New York Bancorp | A | Dividend | | | Sold | 01/04/17 | L | D | |
| 26. North European Oil | A | Dividend | K | T | | | | | |
| 27. Oracle Corp | A | Dividend | | | Sold | 01/24/17 | K | C | |
| 28. Owens Ill Inc | A | Dividend | K | T | | | | | |
| 29. PayPal Inc | A | Dividend | K | T | | | | | |
| 30. Royal Bank | A | Dividend | K | T | | | | | |
| 31. SPDR Index | A | Dividend | J | T | Sold (part) | 06/29/17 | J | B | |
| 32. Stone Castle Fin Corpb | A | Dividend | K | T | | | | | |
| 33. Toranto Dominion BK | A | Dividend | K | T | | | | | |
| 34. Tremont MTG Reit | B | Dividend | J | T | Buy | 04/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Met Life Financial | A | Dividend | | | Sold | 04/03/17 | J | A | |
| 36. Met Life | D | Interest | M | T | | | | | |
| 37. Wells Fargo Bank Account | A | Int./Div. | | | Sold | 08/09/17 | L | D | |
| 38. Enterprise Products Partners LP | A | Dividend | M | T | | | | | |
| 39. Ford Motor Co | A | Dividend | L | T | | | | | |
| 40. New Perspective FD | B | Dividend | M | T | | | | | |
| 41. Investment Co | B | Dividend | M | T | | | | | |
| 42. AMCAP Fund | A | Dividend | K | T | | | | | |
| 43. Western Union | A | Dividend | | | Sold | 07/31/17 | K | B | |
| 44. General Electric | B | Dividend | | | Sold | 07/31/17 | J | A | |
| 45. Martial Trust | | | | | | | | | |
| 46. Alon USA Energy inc | A | Dividend | | | Sold | 08/09/17 | K | B | |
| 47. American Airlines | A | Dividend | L | T | | | | | |
| 48. Capital Product Partners | A | Distribution | L | T | | | | | |
| 49. Covanta Holding Corp | A | Dividend | K | T | | | | | |
| 50. CVS | A | Dividend | K | T | Buy | 01/24/17 | K | | |
| 51. Devon Energy Corp | A | Dividend | | | Sold | 05/25/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Du Pont | A | Dividend | L | T | | | | | |
| 53.  Eaton Vannce | B | Dividend | L | T | Buy | 01/24/17 | L | | |
| 54.  Emerson Elect LTD | A | Distribution | K | T | | | | | |
| 55.  Fifth Str SR | A | Dividend | K | T | | | | | |
| 56.  General Motors, Inc | A | Dividend | K | T | Sold (part) | 08/29/17 | L | D | |
| 57.  Growth America Fund | A | Dividend | M | T | | | | | |
| 58.  Haliburton Corp | A | Dividend | J | T | Buy | 11/06/17 | J | | |
| 59.  Jet Blue Corp | A | Dividend | L | T | | | | | |
| 60.  Krtos Defense and Security | B | Dividend | K | T | Buy | 06/21/17 | K | | |
| 61. | | | | | Sold (part) | 10/16/17 | J | C | |
| 62.  Lennar Corp | A | Dividend | | | Sold | 07/31/17 | K | B | |
| 63.  Mazor Robotics LTD | A | Dividend | | | Buy | 10/02/17 | K | | |
| 64. | | | | | Sold | 12/06/17 | K | C | |
| 65.  Nestle S A | A | Dividend | K | T | | | | | |
| 66.  Pepsico Inc | A | Dividend | L | T | | | | | |
| 67.  Plains All American Pipeline | A | Distribution | K | T | | | | | |
| 68.  Transcanada Corp | A | Dividend | | | Sold | 07/31/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trinity Industries | A | Dividend | L | T | | | | | |
| 70. Unilever PLC | A | Distribution | | | Sold | 05/26/17 | L | D | |
| 71. United Bank Shares | A | Dividend | L | T | | | | | |
| 72. United Health Inc | A | Dividend | | | Sold | 01/24/17 | L | E | |
| 73. United Parcel Service | A | Dividend | | | Sold | 01/24/17 | L | D | |
| 74. Zoetis, Inc | A | Dividend | K | T | | | | | |
| 75. Searcy Denny Defined Contribution Pension Plan Adminis by John Hancock | B | Distribution | L | T | | | | | |
| 76. Alaska Air Inc | A | Dividend | K | T | Buy | 03/02/17 | K | | |
| 77. | | | | | Buy (add'l) | 09/12/17 | K | | |
| 78. Amazon Com | A | Dividend | | | Sold | 08/03/17 | K | | |
| 79. Bank Of America | A | Dividend | K | T | | | | | |
| 80. Bank of China | B | Interest | L | T | Buy | 06/29/17 | L | | |
| 81. Biolase Inc(X) | A | Dividend | J | T | | | | | |
| 82. CBS Corp | A | Dividend | K | T | | | | | |
| 83. Cirrus Logic | A | Dividend | | | Buy | 03/15/17 | K | | |
| 84. | | | | | Sold | 06/29/17 | K | B | |
| 85. CitiGroup(X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cognizant Tech | A | Dividend | L | T | | | | | |
| 87. Diebold Nixdorf | A | Dividend | | | Buy | 07/06/17 | J | | |
| 88. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 89. | | | | | Sold | 08/24/17 | K | | |
| 90. EuroPacific Growth | A | Dividend | J | T | | | | | |
| 91. Ford Motor Company(X) | A | Dividend | J | T | | | | | |
| 92. General Elect(X) | A | Dividend | J | T | | | | | |
| 93. Growth Fund America | A | Dividend | J | T | | | | | |
| 94. Hain Celestial | A | Dividend | | | Buy | 07/21/17 | K | | |
| 95. | | | | | Sold | 11/08/17 | L | B | |
| 96. Investment Co America | A | Dividend | J | T | | | | | |
| 97. Kratos Defense and Security Solutions | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 98. | | | | | Sold (part) | 10/18/17 | J | | |
| 99. Eli Lilly | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 100. lumentum Holdings | A | Dividend | J | T | Buy | 10/16/17 | J | | |
| 101. Nordstrom Inc | A | Dividend | K | T | Buy | 10/16/17 | K | | |
| 102. Sangamo Therapeutics | A | Dividend | | | Buy | 06/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/26/17 | K | B | |
| 104. Viavi Solutions, Inc | A | Dividend | J | T | | | | | |
| 105. Monster Beverage Corp(X) | A | Dividend | J | T | | | | | |
| 106. Nabors Industries LT | A | Dividend | | | Buy | 01/31/17 | K | | |
| 107. | | | | | Sold | 04/24/17 | K | B | |
| 108. New Perspective | A | Dividend | J | T | | | | | |
| 109. Terex Corp | A | Dividend | J | T | | | | | |
| 110. Walmart Inc | B | Dividend | | | Buy | 04/26/17 | K | | |
| 111. | | | | | Sold | 10/23/17 | K | C | |
| 112. Zynga Inc(X) | A | Dividend | J | T | | | | | |
| 113. Trust #3 | | | | | | | | | |
| 114. Amgen Inc | A | Dividend | J | T | | | | | |
| 115. Boeing CO | A | Dividend | K | T | | | | | |
| 116. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 117. Badger | A | Dividend | | | Sold | 03/24/17 | J | B | |
| 118. Microsoft Corp | A | Dividend | L | T | | | | | |
| 119. Oracle Corp | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Oshkosh | A | Dividend | | | Sold | 10/31/17 | K | C | |
| 121. United Cont Holdings | A | Dividend | L | T | Buy | 04/14/17 | L | | |
| 122. Zoetis Inc | A | Dividend | | | Sold | 11/30/17 | K | C | |
| 123. Legg Mason Partners | A | Dividend | | | Sold | 10/31/17 | J | A | |
| 124. Trust # 4 | | | | | | | | | |
| 125. Boeing Co | A | Dividend | K | T | | | | | |
| 126. American Airlines | A | Dividend | K | T | | | | | |
| 127. AMCAP Fund | A | Dividend | M | T | | | | | |
| 128. Amer Balance Fund | A | Dividend | M | T | Buy (add'l) | 04/06/17 | K | | |
| 129. Abbott laboratories | A | Dividend | J | T | | | | | |
| 130. Amer Mutual Fund | A | Dividend | K | T | | | | | |
| 131. American Airlines | A | Dividend | K | T | | | | | |
| 132. Amgen Inc | A | Dividend | J | T | | | | | |
| 133. CBS Corp | A | Dividend | J | T | | | | | |
| 134. Disney Walt Co | B | Dividend | J | T | | | | | |
| 135. Europacific Growth Fund | B | Dividend | K | T | Buy | 05/16/17 | K | | |
| 136. Oracle Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Oshkosh Corp | A | Dividend | | | Sold | 01/13/17 | K | B | |
| 138. Zoetis Inc | A | Dividend | L | T | | | | | |
| 139. Franklin Strategic | A | Dividend | K | T | | | | | |
| 140. Zions Bancorp | A | Dividend | K | T | Buy | 12/07/17 | K | | |
| 141. Salle Mae | A | Interest | K | T | Buy | 09/08/17 | K | | |
| 142. Legg Mason Partners | A | Dividend | | | Sold | 10/31/17 | J | B | |
| 143. Wells fargo | A | Dividend | | | Sold | 08/09/17 | L | C | |
| 144. Lyondellbasel NV | A | Dividend | | | Sold | 10/31/17 | L | D | |
| 145. Baskem SA | A | Dividend | K | T | | | | | |
| 146. Global Med REIT | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 03/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2 have no assets.

Please note that the notations on lines 56,104,124 & 138 are merely to make it easier for me to ascertain which assets are owned by what entity.

Please note that the investment listed on line 221 is a Defined Contribution Pension Plan which vested on January 2, 2014. It is administered by John Hancock. It is not a self-directed plan. ▮▮▮▮ can only select a general investment strategy for the plan. Fifty percent is invested in a growth fund and 50% is invested in an income and growth fund.

I erroneously indicated that the Boeing Co stock on line  owned by Trust was sold during 2016. I included it in this report since it was not sold.

In previous reports, I lumped Trust 3's and Trust 4's ownership of  Amgen Inc and  Oracle Corp in one entry. Howevr, for ease of my review and tracking, I have split the interests into individual entriesin this report. There was no buying or selling of stocks involved in this spliting of the entries.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544